**Frank HOWARD, Appellant,**

v.

**Cecil J. PETTUS, et al., Respondents.**

**No. WD 40632.**

Missouri Court of Appeals,
Western District.

Sept. 27, 1988.

Frank Howard, Jefferson City, pro se.

William L. Webster, Atty. Gen., Byrona J. Kincannon, Asst. Atty. Gen., Jefferson City, for respondent.

Before COVINGTON, P.J., and NUGENT and GAITAN, JJ.

PER CURIAM.

ORDER

Appeal from summary judgment in replevin action granted in favor of respondents.

AFFIRMED. Rule 84.16(b).

**Frank HOWARD, Appellant,**

v.

**Elmer WANKUM, et al., Respondents.**

**No. WD 40305.**

Missouri Court of Appeals,
Western District.

Sept. 27, 1988.

Frank Howard, Jefferson City, pro se.

William L. Webster, Atty. Gen., Kevin M.J. Crane, Asst. Atty. Gen., Jefferson City, for respondents.

Before COVINGTON, P.J., and NUGENT and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from dismissal of in forma pauperis civil action as frivolous or malicious.

Affirmed. Rule 84.16(b).